UNITED STATES DISTRICT COURT

DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-00127-DLF |
| | ) |
| JULIE MILLER | ) |

NOTICE OF APPEARANCE

Assistant Federal Defender Timothy G. Watkins, of the Federal Defender Office for the District of Massachusetts, hereby files his appearance as attorney on behalf of Julie Miller, the defendant in the above-entitled matter.

JULIE MILLER
By her attorney,

/s/ Timothy Watkins
Timothy Watkins
Federal Defender Office
51 Sleeper St., Third Floor
Boston, MA   02210
(617) 223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 20, 2023.

/s/ Timothy G. Watkins
Timothy G. Watkins